UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           Plaintiff,

-against-

ANTHONY CIBELLI,

           Defendant.

No. 12-CR-703 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Anthony Cibelli's e-mail dated February 18, 2022, requesting access to certain sealed documents (dkt. nos. 48 and 49) in the above-captioned matter.[1]  Mr. Cibelli seeks to access these documents as he is considering filing a writ of coram nobis against New York City, the New York City Administration for Children's Services, and their respective workers.  The Government may file a response to Mr. Cibelli's request by March 7, 2022.

**SO ORDERED.**

Dated:    February 28, 2022
           New York, New York

                              */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge

---

[1] Mr. Cibelli originally e-mailed the Honorable Laura Taylor Swain.