

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2022

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Anthony Cibelli*, **12 Cr. 703 (LAP)**

Dear Judge Preska:

    The Government writes to respectfully request that the Government's application filed on March 29, 2022 (Dkt. No. 51) be placed under seal at least until the Court has an opportunity to rule on the defendant's request pertaining to docket numbers 48 and 49.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    /s/
Camille L. Fletcher
Assistant United States Attorney
(212) 637-2383

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

3/30/22