UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>ANTHONY CIBELLI,<br><br>                Defendant. | No. 12-CR-703 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Anthony Cibelli's e-mail dated July 7, 2022, requesting access to all sealed documents in the above-captioned matter. Mr. Cibelli seeks to access those documents as he is proceeding with filing a writ of coram nobis against New York City, the New York City Administration for Children's Services, and their respective workers. The Government may file a response to Mr. Cibelli's request by July 15, 2022.

**SO ORDERED.**

Dated:    July 8, 2022
           New York, New York

                                        _/s/ Loretta A. Preska_
                                        LORETTA A. PRESKA
                                        Senior United States District Judge