UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

ANTHONY CIBELLI,

        Defendant.

No. 12-CR-703 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Anthony Cibelli's sealed letters (dkt. nos. 62, 63, and 64) and the subpoena he proffered (dkt. no. 65). The Government shall respond to Mr. Cibelli's sealed letters and inform the Court of its views on Mr. Cibelli's subpoena no later than March 8, 2023.

**SO ORDERED.**

Dated:    February 21, 2023
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge