UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

ANTHONY CIBELLI,

        Defendant.

No. 12-CR-703 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the Government's letter regarding Mr. Cibelli's sealed letters. (Dkt. no. 68.) The Government shall respond to Mr. Cibelli's sealed letters and inform the Court of its views on Mr. Cibelli's subpoena no later than March 24, 2023. Mr. Cibelli shall reply to the Government's response no later than April 7, 2023.

    The Clerk of the Court shall grant the Government access to Mr. Cibelli's sealed letters promptly. (Dkt. nos. 62, 63, and 64.) The Clerk of the Court shall mail a copy of this order to Mr. Cibelli.

**SO ORDERED.**

Dated:    March 17, 2023
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge