UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                   Plaintiff,

 -against-

ANTHONY CIBELLI,

                   Defendant.

No. 12-CR-703 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Cibelli's letters in which he argues that despite the Government's undertaking to provide to him the full discovery relating to his case, there are still issues to be addressed at a conference, including the Assistant United States Attorney's treatment of him. (Dkt. nos. 71 and 72.) The Government shall inform the Court by letter no later than April 20, 2023, of any response it has to Mr. Cibelli's letters. After the Government has responded and Mr. Cibelli has reviewed the discovery produced by the Government, Mr. Cibelli shall inform the Court by letter of any additional issues to be addressed.

    The Clerk of the Court shall mail a copy of this order to Mr. Cibelli.

**SO ORDERED.**

Dated:    April 17, 2023
         New York, New York

LORETTA A. PRESKA
Senior United States District Judge