```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>-against-<br><br>ANTHONY CIBELLI,<br><br>                 Defendant. | No. 12-CR-703 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed Mr. Cibelli's letters dated March 25, 2023 (dkt. no. 71), and April 13, 2023 (dkt. no. 72), the Government's response (dkt. no. 74), and Mr. Cibelli's reply in which Mr. Cibelli requests, inter alia, a conference with the Government and the Court, (dkt. no. 75). Mr. Cibelli's requests are denied.

    As the Government points out, although it had no obligation to do so, it has produced to Mr. Cibelli the discovery in its file. Having had a chance to review that discovery, Mr. Cibelli proffers no means of attacking his underlying conviction and agrees with the Government that, now that he has been released for over a decade, any objections to the terms of his imprisonment are moot. Moreover, the Court (and Mr. Cibelli) have no roving warrant to investigate the "lackluster performance regarding city, state, and federal agencies in

addressing corruption in plain sight." (Dkt. no. 75 at 2.) Accordingly, Mr. Cibelli's requests are denied.

The Clerk of the Court shall mail a copy of this order to Mr. Cibelli.

**SO ORDERED.**

Dated:    May 1, 2023
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge