UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>-against-<br><br>ANTHONY CIBELLI,<br><br>               Defendant. | No. 12-CR-703 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed Mr. Cibelli's motion (dkt. no. 77) to have the Court reconsider its prior decision denying his request for a conference in his 2012 case (dkt. no. 76). Mr. Cibelli has not proffered any fact or law that the Court overlooked in its decision. Accordingly, the request for reconsideration is denied.

    The Clerk of the Court shall mail a copy of this order to Mr. Cibelli.

**SO ORDERED.**

Dated:    May 12, 2023
           New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge