```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>ANTHONY CIBELLI,<br><br>                Defendant. | No. 12-CR-703 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed Mr. Cibelli's notice of appeal, (dkt. no. 80), from the Court's orders denying his request for a conference in his 2012 case, (dkt. no. 76), and denying his request that the Court reconsider its decision, (dkt. no. 78). The Court has also reviewed Mr. Cibelli's motion to proceed in forma pauperis on his appeal. (Dkt. no. 79). For the reasons set out in the Court's prior orders, the court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

    The Clerk of the Court shall mail a copy of this order to Mr. Cibelli.

**SO ORDERED.**

Dated:    June 9, 2023
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge